UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL B. MARTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>MASTERS, MATES, & PILOTS, et al.,<br><br>    Defendants. | Case No. 5:25-cv-04382-PCP<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Rita F. Lin for consideration of whether the case is related to *Martin v. Masters, Mates, & Pilots et al.*, No. 23-cv-04859.

**IT IS SO ORDERED.**

Dated: May 28, 2025

P. Casey Pitts
United States District Judge