1  E. Scott Lloyd (Pro Hac Vice)
   Virginia Bar # 76989
2  Lloyd Law Group, PLLC
   106 Chester Street, Suite 1
3  Front Royal, VA 22630
   Tel. (540) 823-1110
4  email:  scott@lloydlg.com

5  Jennifer W. Kennedy (Local Counsel)
   California Bar # 185406
6  61 S. Baldwin Ave. #1626
   Sierra Madre, CA 91025-7076
7  (626) 888-2263
   Email: jenniferkennedyesq@gmail.com

10 Attorneys for Plaintiff, DANIEL B. MARTIN,

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANSICO DIVISION**

| | |
|---|---|
| DANIEL B. MARTIN, | ) |
|  Plaintiff, | ) |
|  vs. | ) Case No. 25-cv-04382-RFL |
| MASTERS, MATES, & PILOTS | ) |
|   and | ) |
| MATSON NAVIGATION CO., | ) |
|  Defendants. | ) |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Plaintiff in the above-styled case hereby appeals to the United States Court of Appeals for the Ninth Circuit from this Court's August 25, 2025, Order Denying Plaintiff's Motion to Remand, Granting International Organization of Masters, Mates, and Pilot's Motion to Dismiss, Remanding the Case after Declining Jurisdiction over Remaining State

- 1 -
Plaintiff's Notice of Appeal

Law Claim against Defendant Matson Navigation Company, Inc., and Denying as Moot Defendant Maston Navigation Company Inc.'s Motion to Dismiss (Docket No. 41).

Dated: September 24, 2025                Respectfully submitted,

                                      By: /s/ E. Scott Lloyd
E. Scott Lloyd
Virginia Bar # 76989
Lloyd Law Group, PLLC
106 Chester Street, Suite 1
Front Royal, VA 22630
Tel. (540) 823-1110
scott@lloydlg.com
*Admitted Pro Hac Vice*

/s/ Jennifer W. Kennedy
Jennifer W. Kennedy
California Bar # 185406
61 S. Baldwin Ave. #1626
Sierra Madre, CA 91025-7076
(626) 888-2263
jenniferkennedyesq@gmail.com
*Local Counsel*